IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3101 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| JEROME OTIS DAVIS, | ) | |
| | ) | |
| Defendant. | ) | |

Defense counsel intends to file a written motion to review detention once a substance abuse evaluation of the defendant has been completed.  Pursuant to defense counsel's request to cancel the detention hearing scheduled for today, the defendant is detained pending further order of the court.


DATED this 4th day of October, 2010.


BY THE COURT:


*s/ Cheryl R. Zwart*
United States Magistrate Judge