IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:10CR3101 |
| ) | |
| JEROME OTIS DAVIS, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

THIS MATTER comes before this Court on Mr. Davis' motion to continue the deadline for filing his sentencing statement and any variance motion and supporting brief, filing 81. The Court, being fully advised in the premises, finds that said motion should be granted.

IT IS THEREFORE ORDERED that defendant shall file his sentencing statement regarding the Revised Presentence Investigation Report and any variance motion with supporting brief no later than Thursday, May 5, 2011.

Dated this 29th day of April, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge