IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:10CR3101 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JEROME DAVIS, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1) The defendant's motion to continue sentencing (filing 92) is granted.

(2) Defendant Davis's sentencing is continued to Thursday, June 30, 2011, at 1:00 p.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

Dated June 8, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge